■ In the Matter of STATE OF NEW YORK, Respondent, v BOBBY POWELL, Appellant. [939 NYS2d 858]—Order, Supreme Court, New York County (Daniel FitzGerald, J.), entered on or about October 22, 2010, which, in a proceeding pursuant to Mental Hygiene Law article 10, upon a jury finding of mental abnormality, committed respondent to a secure treatment facility, and order, same court and Justice, entered on or about June 17, 2011, denying respondent's motion for a new trial in the interests of justice, unanimously affirmed, without costs.

Respondent was not deprived of due process, and a new trial is not warranted in the interests of justice. Although petitioner's psychologist provided erroneous testimony regarding respondent's score on the Static-99 risk assessment instrument, there was other overwhelming evidence of mental abnormality presented at trial, including the admission of respondent's own expert that respondent was predisposed to commit sex offenses. Concur—Mazzarelli, J.P., Saxe, Renwick, Richter and Abdus-Salaam, JJ.